## DECLARATION OF RYAN S. HILBERT

I, Ryan S. Hilbert, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Special Counsel with the law firm of Sheppard Mullin Richter & Hampton, LLP, counsel for Defendant and Counterclaimant Summit Entertainment, LLC ("Summit").

2. Attached hereto as **Exhibit A** is a true and correct copy of the proof of service demonstrating personal service on Counterdefendant Alec Chase on May 2, 2012. This document was filed with the Court on or around May 16, 2012. (Docket No. 60.)

3. To date, neither Alec Chase, nor anyone representing Mr. Chase has contact Summit's counsel or Summit's local counsel to ask for an extension of time to respond to the Counterclaim.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 11th day of June, 2012 at Palo Alto, California.

/s/Ryan S. Hilbert/
Ryan S. Hilbert

# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF OHIO
### Western Division

| | |
|---|---|
| Matthew Smith, pka Matt Heart <br> *Plaintiff* <br> v. <br> Summit Entertainment, LLC <br> *Defendant* <br><br> Summit Entertainment, LLC <br> *Counterclaimant* <br> v. <br> Matthew Smith, pka Matt Heart and Alec Chase <br> *Counterdefendants* | Civil Action No. 3:11-CV-00348 |

**SUMMONS IN A CIVIL ACTION**

To: *(Counterdefendant's name and address)*
**Alec Chase**
**2005 South Main Street**
**Findlay, OH 45840**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on Counterclaimant an answer to the attached Counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Counterclaimant's attorney, whose names and addresses are:

| | |
|---|---|
| Janine T. Avila (0055853) <br> Adam S. Nightingale (0079095) <br> CONNELLY, JACKSON & COLLIER LLP <br> 405 Madison Avenue, Suite 2300 <br> Toledo, Ohio 43604 <br> Telephone: (419) 243-2100 <br> Facsimile: (419) 243-7119 <br> javila@cjc-law.com <br> anightingale@cjc-law.com <br><br> *Counsel for Defendant and Counterclaimant* <br> *Summit Entertainment, LLC* | Jill M. Pietrini (*pro hac vice*) <br> Ryan S. Hilbert (*pro hac vice*) <br> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP <br> 1901 Avenue of the Stars, 16th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 228-3700 <br> Facsimile: (310) 228-3701 <br> jpietrini@sheppardmullin.com <br> rhilbert@sheppardmullin.com <br><br> *Counsel for Defendant and Counterclaimant* <br> *Summit Entertainment, LLC* |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Counterclaim. You also must file your answer or motion with the court.

Date: April 30, 2012    s/ Dianne Gowing
*Signature of Clerk or Deputy Clerk*

W02-WEST:1RPR1\404959310.2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alec Chase
was received by me on *(date)* 4/31/2012

☑ I personally served the summons on the individual at *(place)* 2005 S Main St
  Findlay, OH 45840  on *(date)* 5/2/2012  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/2/2012

_____
Server's signature

Rusty Vaughn      server/owner
Printed name and title

2650 Arbors Pkwy S #50 Findlay, OH
Server's address

Additional information regarding attempted service, etc: Swift Attorney Service
500 Allerton St., Suite 105, Redwood City, CA 94063

I acknowledge I am in receipt of these documents presented to me by the process server.

_____  _____5/2/12_____
SIGNATURE                         DATE

_____Alec B Chase_____  _____Designer_____
PRINTED NAME                      TITLE

## Description

Name of person served: Alec Chase   Date 5/2/12
Time served: 6:30 p.m.
Description:
- ☒ M  ☒ White Skin   ☒ Black Hair   __ 18-20 Yrs.
- __ F  __ Black Skin  __ Brown Hair  ☒ 21-35 Yrs.
-        __ Yellow Skin __ Blonde Hair __ 36-50 Yrs.   Glasses? Y ☒N
-        __ Brown Skin  __ Grey Hair   __ 51-65 Yrs.
-        __ Red Skin    __ Red Hair    __ Over 65

Approximate Height: 5'10"

Approximate Weight: 275