IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Matthew Smith, pka Matt Heart, | ) | Case No. 3:11-CV-00348 |
| Plaintiff, | ) | Judge James G. Carr |
| v. | ) | **May 15, 2013 STATUS REPORT OF PLAINTIFF MATTHEW SMITH** |
| Summit Entertainment, LLC, | ) | |
| Defendant. | ) | |

Plaintiff's counsel is out of the office today. Plaintiff's counsel has not received any updates or status regarding the dispute that Summit has with Google in this matter. According to my secretary, Summit has filed a status report which Plaintiff's counsel has not had an opportunity to review. As the Court is well aware, there was a deposition of a Google employee taken several month ago and this Court extended the discovery deadlines so that Summit could pursue their additional discovery with Google. The status of this dispute is unclear to Plaintiff's counsel. Since the last phone conference with the Court Plaintiff's counsel sent additional discovery to Summit which remains unanswered. Plaintiff's counsel may file a supplemental Status Report after he returns to the office and can review Summit's status report and may provide a further update to the Court.

Respectfully submitted,

ANSPACH MEEKS ELLENBERGER LLP

/s/Kent D. Riesen
Kent D. Riesen (0041401)
300 Madison Ave., Suite 1600
Toledo, OH   43604-2633
(419) 246-5757
kriesen@anspachlaw.com

Attorneys for Plaintiff
Matthew Smith

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Respectfully submitted,

ANSPACH MEEKS ELLENBERGER LLP

/s/Kent D. Riesen
Kent D. Riesen (0041401)

Attorneys for Plaintiff
Matthew Smith

2